**Opinion issued April 8, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-15-00310-CR

_____

## IN RE MIGUEL ANGEL YEPEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus[1]

---

## MEMORANDUM OPINION

By petition for writ of mandamus, Relator Miguel Angel Yepez challenges the Order for AIDS Testing entered in the trial court on March 5, 2015.

We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

## PER CURIAM

---

[1] The underlying cause of action is *Miguel Angel Yepez v. The State of Texas*, in the District court of Harris County, Texas, 174th Judicial District, cause no. 1412836.

Panel consists of Justices Jennings, Higley, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).